IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

EMPLOYERS MUTUAL
CASUALTY COMPANY                                                                PLAINTIFF

VS.                              NO. 3:06-cv-03039 JLH

RONNIE DAVIDSON AND
SHANNON DAVIDSON                                                               DEFENDANTS

**CONSENT JUDGMENT**

On _May 15_, 2007, Defendants, Ronnie Davidson and Shannon Davidson, appeared before this Court through their counsel, Steven B. Davis, and announced their collective intention to confess and consent to the entry of judgment as set forth herein. Accordingly, the Court finds and orders as follows:

1. This Court has jurisdiction over the subject matter of, and parties to, this action, and venue is proper.

2. All facts pleaded in the Complaint filed herein are conceded by Defendants to be undisputed and true, and such facts are therefore incorporated herein by this reference, as though each such fact was set forth word for word.

3. Plaintiff, Employers Mutual Casualty Company, should be awarded judgment against Defendants, Ronnie Davidson and Shannon Davidson, jointly and severally, in the amount of $296,382.09, plus post-judgment interest at the rate of 10% per annum, plus costs totaling $450.00.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED that Plaintiff, Employers Mutual Casualty Company, should be, and is hereby, awarded judgment against

Defendants, Ronnie Davidson and Shannon Davidson, jointly and severally, in the amount of $296,382.09, plus costs in the amount of $450.00, with interest to accrue on the unpaid balance of the judgment at the rate of 10% per annum, for all of which execution and garnishment may immediately issue.

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATE: May 15, 2007

## VERIFICATION

STATE OF ARKANSAS

COUNTY OF BOONE

Come now Ronnie Davidson and Shannon Davidson, being first duly sworn, and state upon oath that the statements in the above and foregoing Consent Judgment are true to the best of their personal knowledge, information and belief.

_____
Ronnie Davidson

_____
Shannon Davidson

Subscribed and sworn before me, a Notary Public, on this 10th day of May, 2007.

_____
Notary Public

My Commission Expires:

Earlene Kelley
Notary Public – Arkansas
County of Boone
My Commission Exp. 12/01/2010

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 1 5 2007

CHRIS R. JOHNSON, CLERK

BY _____
     DEPUTY CLERK

PRECEDENT PREPARED AND
APPROVED BY:

HARDIN & GRACE, P.A.
Attorneys for Plaintiff
500 Main Street, Suite A
P.O. Box 5851
North Little Rock, AR 72119-5851
Telephone:     (501) 378-7900
Facsimile:      (501) 376-6337

By: _____
     David A. Grace
     State Bar No. 76-044


APPROVED BY:

_____
Steven B. Davis, ABA #82049
Davis Law Firm
Attorneys for Defendants
P.O. Box 1696
Harrison, AR 72602-1696
Telephone:     870-741-4646
Facsimile:      870-743-2500
davislawfirm@alltel.net